UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>vs.<br><br>JUEL SALMAN-RAMIREZ<br>　　　　Defendant(s) | CRIMINAL NO. 08mj 1950<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, **LOUISA S. PORTER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted) Case Disposed / Order of Court).

EMMANUEL ANTONIO Mateo-URIBE

DATED: 7/3/08

**LOUISA S. PORTER**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____  OR
　　　　　DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
　　Deputy Clerk